# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Wilner, Michael R. | **2. Court or Organization**<br><br>Central District of California | **3. Date of Report**<br><br>04/08/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full-time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

255 E. Temple St.
Chambers 560
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Bar Association, Los Angeles Chapter |
| 2. | Executive Committee Member | Judge Paul Michel Intellectual Property American Inn of Court |
| 3. | Litigation Executive Committee Member | Los Angeles County Bar Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Acct # 1 | | | | | | | | | |
| 2. VANGUARD CA INTERM TERM TAX FREE | A | Distribution | K | T | | | | | |
| 3. PARNASSUS CORE EQUITY FUND | A | Distribution | | | Sold | 02/20/19 | K | D | |
| 4. PRINCIPAL EQUITY INCOME FUND | A | Distribution | L | T | | | | | |
| 5. ISHARES RUSSELL 1000 VALUE ETF | C | Distribution | M | T | | | | | |
| 6. ISHARES S&P 500 GROWTH ETF | B | Distribution | L | T | | | | | |
| 7. ISHARES RUSSELL 1000 GROWTH ETF | A | Distribution | L | T | | | | | |
| 8. ISHARES RUSSELL 2000 GROWTH ETF | A | Distribution | J | T | | | | | |
| 9. ISHARES MSCI EAFE SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 10. ISHARES NATL MUNI BOND ETF | A | Distribution | J | T | | | | | |
| 11. SCHWAB SHORT TERM US TREASURY ETF | A | Distribution | J | T | | | | | |
| 12. SCHWAB US DIVIDEND EQUITY ETF | B | Distribution | L | T | | | | | |
| 13. SCHWAB US MIDCAP ETF | A | Distribution | K | T | | | | | |
| 14. SCHWAB EMERGING MARKETS ETF | B | Distribution | K | T | | | | | |
| 15. SCHWAB INTL EQUITY ETF | C | Distribution | M | T | | | | | |
| 16. SCHWAB INTL SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 17. SCHWAB US LARGE CAP ETF | B | Distribution | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 19. SPDR S&P 600 SMALL CAP ETF | A | Distribution | L | T | | | | | |
| 20. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | K | T | | | | | |
| 21. ISHARES IBONDS DEC 2019 TERM ETF | A | Distribution | | | Matured | 12/19/19 | J | A | |
| 22. ISHARES IBONDS DEC 2020 TRM ETF | A | Distribution | J | T | | | | | |
| 23. ISHARES IBONDS DEC 2021 TERM ETF | A | Distribution | J | T | | | | | |
| 24. ISHARES IBONDS DEC 2022 TERM ETF | A | Distribution | J | T | | | | | |
| 25. ISHARES IBONDS DEC 2023 TERM ETF | A | Distribution | J | T | | | | | |
| 26. ISHARES IBONDS DEC 2024 TRM ETF | A | Distribution | J | T | | | | | |
| 27. ISHR IBND DEC 2025 TRM ETF | A | Distribution | J | T | | | | | |
| 28. ISHARES IBONDS MUNI DEC 2023 | A | Distribution | J | T | | | | | |
| 29. ISHARES IBONDS MUNI DEC 2025 | A | Distribution | J | T | | | | | |
| 30. ISHARES IBONDS HIYLD DEC 2025 | A | Distribution | J | T | Buy | 12/24/19 | J | | |
| 31. SCHWAB CA MUNI MONEY FUND | A | Distribution | | | Sold | 04/03/19 | K | | |
| 32. VANGUARD SMALL CAP ETF VB | A | Distribution | K | T | | | | | |
| 33. INVESCO FTSE RAFI DEV MKT ETF | A | Distribution | J | T | Buy | 08/05/19 | J | | |
| 34. ISHARES US REIT ETF USRT | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES GOLD ETF IAU | A | Distribution | | | Sold | 10/21/19 | J | A | |
| 36. ABERDEEN PHYSICAL PRECIOUS MTL BSKT ETF GLTR | A | Distribution | | | Sold | 10/21/19 | J | A | |
| 37. MARKET VECTORS EMERGING MARKET ETF EMLC | A | Distribution | | | Sold | 10/21/19 | J | A | |
| 38. SCHWAB FUNDAMENTAL EMERGING MARKETS ETF FNDE | A | Distribution | J | T | | | | | |
| 39. SCHWAB FUNDAMENTAL INTL LARGE CAP ETF FNDF | A | Distribution | J | T | | | | | |
| 40. SCHWAB FUNDAMENTAL INTL SMALL CAP ETF FNDC | A | Distribution | J | T | | | | | |
| 41. SCHWAB FUNDAMENTAL US LARGE CAP ETF FNDX | A | Distribution | J | T | | | | | |
| 42. SCHWAB FUNDAMENTAL US SMALL CAP ETF FNDA | A | Distribution | J | T | | | | | |
| 43. VANGUARD GLOBAL EXUS REAL ESTATE ETF VNQI | A | Distribution | | | Sold | 10/21/19 | J | A | |
| 44. XTRACKERS BARCLAYS HIGH YIELD BOND ETF HYLB | A | Distribution | | | Sold | 10/21/19 | J | A | |
| 45. ISHARES CORE MSCI EMERGING ETF IEMG | A | Distribution | | | Sold | 10/21/19 | J | A | |
| 46. SPDR BARCLAY EMERGING MARKET BONDS ETF EBND | A | Distribution | | | Sold | 10/21/19 | J | A | |
| 47. SCHWAB US TIPS ETF SCHP | A | Distribution | | | Sold | 10/21/19 | J | A | |
| 48. VANGUARD FTSE DEVELOPED ETF VEA | A | Distribution | J | T | | | | | |
| 49. VANGUARD ALL WORLD ETF VSS | A | Distribution | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Brokerage Acct #3 | | | | | | | | | |
| 53. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | | | | | |
| 54. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 55. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 56. SCHWAB AGGR BOND ETF | A | Distribution | K | T | | | | | |
| 57. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | K | T | | | | | |
| 58. SCHWAB US TIPS ETF | B | Distribution | K | T | | | | | |
| 59. SCHWAB EMERGING MARKETS ETF | A | Distribution | K | T | Buy (add'l) | 12/23/19 | J | | |
| 60. SCHWAB INTL EQUITY ETF | C | Distribution | L | T | Buy (add'l) | 12/23/19 | J | | |
| 61. SCHWAB US LARGE CAP ETF | C | Distribution | M | T | | | | | |
| 62. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | Buy | 12/23/19 | J | | |
| 63. SCHWAB FUNDA EMG MKTS LARGE COM ETF | A | Distribution | J | T | | | | | |
| 64. SPDR S&P 600 SMALL CAP GROWTH ETF | A | Distribution | K | T | | | | | |
| 65. VANGUARD SMALL CAP ETF VB | A | Distribution | K | T | | | | | |
| 66. SCHWAB CA MM SWKXX | A | Distribution | K | T | | | | | |
| 67. | | | | | | | | | |
| 68. Brokerage Acct #4 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 70. | PRINCIPAL EQUITY INCOME FUND | A | Distribution | K | T | | | | | |
| 71. | UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | |
| 72. | SCHWAB AGGR BOND ETF | A | Distribution | J | T | | | | | |
| 73. | SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | K | T | | | | | |
| 74. | SCHWAB EMERGING MARKETS ETF | A | Distribution | K | T | | | | | |
| 75. | SCHWAB INTL EQUITY ETF | B | Distribution | L | T | | | | | |
| 76. | SCHWAB US LARGE CAP ETF | C | Distribution | M | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 77. | SCHWAB US SMALL CAP ETF | B | Distribution | L | T | | | | | |
| 78. | ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | K | T | | | | | |
| 79. | | | | | | | | | | |
| 80. | Brokerage Acct # 5 | | | | | | | | | |
| 81. | POWERSHARES INTL DIVIDEND ACHIEVERS ETF | A | Distribution | J | T | | | | | |
| 82. | SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 83. | SCHWAB INTL EQUITY ETF | B | Distribution | K | T | | | | | |
| 84. | SCHWAB US LARGE CAP ETF | C | Distribution | M | T | | | | | |
| 85. | SCHWAB US SMALL CAP ETF | A | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. PROSHARES RUSSELL 2000 DVD GRWRS ETF | A | Distribution | | | Sold | 05/06/19 | J | A | |
| 87. MOTLEY FOOL 100 INDEX ETF TMFC | A | Distribution | J | T | | | | | |
| 88. SCHWAB US BROAD MKT SCHB | A | Distribution | J | T | Buy | 02/21/19 | J | | |
| 89. | | | | | | | | | |
| 90. Brokerage Acct #6 | | | | | | | | | |
| 91. PIMCO TOTAL RETURN FUND | A | Distribution | J | T | | | | | |
| 92. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | J | T | | | | | |
| 93. SCHWAB AGGR BOND ETF | A | Distribution | K | T | | | | | |
| 94. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |
| 95. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 96. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | | | | | |
| 97. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | | | | | |
| 98. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 99. SCHWAB US BROAD MARKET ETF | A | Distribution | J | T | Buy<br>(add'l) | 02/28/19 | J | | |
| 100. | | | | | | | | | |
| 101. Brokerage #7 | | | | | | | | | |
| 102. VANGUARD TOTAL STOCK MARKET ETF VTI | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  VANGUARD FTSE EMERGING MARKETS ETF VWO | A | Distribution | K | T | | | | | |
| 104.  VANGUARD ENERGY ETF VDE | A | Distribution | | | Sold | 04/08/19 | J | A | |
| 105.  VANGUARD FTSE DEVELOPED MARKETS ETF VEA | A | Distribution | K | T | | | | | |
| 106.  ISHARES CORE MSCI EMERGING MARKETS IEMG | A | Distribution | J | T | | | | | |
| 107.  SELECT SECTOR SPDR ENERGY TRUST XLE | A | Distribution | | | Sold | 04/08/19 | J | A | |
| 108.  SCHWAB INTL EQUITY ETF SCHF | A | Distribution | J | T | | | | | |
| 109.  SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | K | T | | | | | |
| 110.  SCHWAB US DIVIDEND EQUITY ETF SCHD | A | Distribution | J | T | | | | | |
| 111.  SPDR NUVEEN BARCLAYS MUNI BOND ETF TFI | A | Distribution | J | T | | | | | |
| 112.  VANGUARD DIVIDEND APPRECIATION ETF VIG | A | Distribution | J | T | | | | | |
| 113.  VANGUARD MUNI BOND FUND ETF VTEB | A | Distribution | J | T | | | | | |
| 114. | | | | | | | | | |
| 115.  Brokerage # 9 | | | | | | | | | |
| 116.  SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | J | T | | | | | |
| 117. | | | | | | | | | |
| 118.  Brokerage # 11 | | | | | | | | | |
| 119.  SCHWAB INTERNATIONAL ETF SCHF | A | Distribution | J | T | Buy<br>(add'l) | 08/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | J | T | Buy (add'l) | 08/20/19 | J | | |
| 121. | | | | | | | | | |
| 122.  Brokerage # 12 | | | | | | | | | |
| 123.  SCHWAB US BROAD MKT SCHB | A | Distribution | J | T | Buy | 01/14/19 | J | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127.  Schwab Checking / Brokerage Sweep Accts | A | Int./Div. | K | T | | | | | |
| 128.  Citibank Checking / Savings Accts - CLOSED | A | Int./Div. | | | Closed | 05/28/19 | J | A | |
| 129.  Capital One Bank Savings Acct | A | Int./Div. | J | T | | | | | |
| 130.  Wealthfront Cash Savings Acct | A | Int./Div. | K | T | | | | | |
| 131.  529 Account #1 New York Col Savings Prog Cons/Mod Growth (no control) | B | Distribution | M | T | Sold (part) | 08/02/19 | K | A | |
| 132.  529 Account #2 Wealthfront Dividend Stock and Bond Portfolio | A | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 04/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII - Brokerage # 8 closed and merged into Brokerage # 1, most assets sold during 2019.

Part VIII - Assets for Brokerage # 2 and # 10 (lines 37-53 and 164-166 from FY 2018 report) are omitted because the owner is no longer a dependent.

Part VII - Citibank bank accounts closed January 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Michael R. Wilner

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544